[No. 53781-4-I.   Division One.   September 7, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. IMARI JAMAL STONE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09647-1, Anthony P. Wartnik, J., entered January 26, 2004. *Reversed* by unpublished per curiam opinion.

[No. 28646-7-II.   Division Two.   September 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DON GLEN ECKENRODE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05051-8, Terry D. Sebring and Stephanie A. Arend, JJ., entered April 8, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 29406-1-II; 30856-8-II;   Division Two.   September 8, 2004.] 29876-7-II.

*In the Matter of the Estate of* ANN M. HOAG.

DAN HOAG, *Appellant*, v. SUZANNE HENDRICKSON, *as Personal Representative, Respondent*.

Appeals from judgments of the Superior Court for Pacific County, No. 01-4-00008-9, Joel M. Penoyar, J., entered September 27 and December 26, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Hunt and Van Deren, JJ.